

**IT IS ORDERED as set forth below:**

**Date: January 14, 2020**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SHEENEQUA MACK | ) | CASE NO. 19-41032-PWB |
| DEBTOR. | ) | |

---------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| SPECIALIZED LOAN SERVICING LLC | ) | |
| AS SERVICING AGENT FOR WELLS | ) | |
| FARGO BANK, NATIONAL | ) | |
| ASSOCIATION, SUCCESSOR BY | ) | |
| MERGER TO WELLS FARGO BANK, | ) | |
| MINNESOTA, NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| REPERFORMING LOAN REMIC TRUST | ) | |
| CERTIFICATES, SERIES 2006-R1 | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| SHEENEQUA MACK, | ) | |
| MARY IDA TOWNSON, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| _____ | ) | |

**CONSENT ORDER**

This matter arose upon the motion of Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2006-R1 (Movant"), filed September 25, 2019 (Doc. No. 24) to modify the stay of 11 U.S.C. §362(a) to allow Movant to foreclose on Debtor's real property known as 1666 Woodlawn Rd., Chatsworth, GA 30705 ("Property").  The motion is scheduled for hearing December 10, 2019 and notice was provided to Debtor, Debtor's attorney and Trustee.

Movant and Debtor acknowledge and agree that  no significant equity exists in the Property.

Based on the foregoing agreement, Debtor and Movant consent to the terms hereof; accordingly, it is hereby

**ORDERED** that (1) Debtor shall mail all payments to Movant as follows:

Specialized Loan Servicing LLC

P.O. Box 636007

Littleton, Colorado 80163

(2) Debtor also agrees to pay all hazard insurance premiums for which Movant does not maintain an escrow account when the same become due. It is further

**ORDERED** that in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order may be entered lifting the automatic stay without further motion or hearing. The strict compliance provision of this Order shall expire on June 1, 2020. It is further

**ORDERED** that upon entry of a default order **modifying** the stay as to the Property, if any proceeds remain from the foreclosure sale after application to Movant's lawful indebtedness, fees and foreclosure costs, Movant or its counsel shall promptly forward such excess proceeds to the Trustee that would otherwise be payable to the debtor while the debtor remains in bankruptcy. It is further

**ORDERED** that in the event the stay is lifted, the Trustee shall cease funding Movant's claim in the instant bankruptcy case until further notice from this Court. It is further

**ORDERED** that the Clerk of Court shall serve this Order to the parties set forth on the distribution list attached hereto.

**[END OF DOCUMENT]**

(signatures continued on next page)

Prepared and Presented by:

/s/Chad R. Simon
Chad R. Simon, Attorney for Movant
Georgia Bar No. 646919
Post Office Box 80727
Atlanta, GA 30366
Chad@chadsimonlaw.com
(770) 856-9046

Consented to by:

/s/ Dan Saeger *by Chad Simon with express permission*
Dan Saeger
Georgia Bar No. 680628
Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

No opposition by:

/s/ Brandi L. Kirkland *by Chad Simon with express permission*
Brandi L. Kirkland
Georgia Bar No. 423627
Brandi L. Kirkland
Mary Ida Townson, Ch. 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

## DISTRIBUTION LIST

Sheenequa Mack
1666 Woodlawn Rd
Chatsworth, GA 30705-5917

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

Trustee
Mary Ida Townson
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303