**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SHEENEQUA MACK | ) | CASE NO. 19-41032-PWB |
| DEBTOR. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| SPECIALIZED LOAN SERVICING LLC | ) | |
| AS SERVICING AGENT FOR WELLS | ) | |
| FARGO BANK, NATIONAL | ) | |
| ASSOCIATION, SUCCESSOR BY | ) | |
| MERGER TO WELLS FARGO BANK, | ) | |
| MINNESOTA, NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| REPERFORMING LOAN REMIC TRUST | ) | |
| CERTIFICATES, SERIES 2003-R1 | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| SHEENEQUA MACK, | ) | |
| MARY IDA TOWNSON, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| | ) | |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN THAT a Motion for Relief from the Automatic Stay has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the court orders otherwise*.

HEARING will be held **at 10:15 A.M. on September 23, 2020 in Courtroom 342, at the United States Bankruptcy Court, 600 East First Street, Rome, GA 30161.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response. Mail/deliver your response so it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's office: **Clerk, United States Bankruptcy Court, Room 339, 600 East First Street, Rome, GA 30161.**

You must also mail a copy to the undersigned at the address below. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders otherwise.*

***Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.***

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SHEENEQUA MACK | ) | CASE NO. 19-41032-PWB |
| DEBTOR. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| SPECIALIZED LOAN SERVICING LLC | ) | |
| AS SERVICING AGENT FOR WELLS | ) | |
| FARGO BANK, NATIONAL | ) | |
| ASSOCIATION, SUCCESSOR BY | ) | |
| MERGER TO WELLS FARGO BANK, | ) | |
| MINNESOTA, NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| REPERFORMING LOAN REMIC TRUST | ) | |
| CERTIFICATES, SERIES 2003-R1 | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| SHEENEQUA MACK, | ) | |
| MARY IDA TOWNSON, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY WITH WAIVER OF 30-DAY REQUIREMENT OF 11 U.S.C. SECTION 362(e)

**COMES NOW,** Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2003-R1 ("Movant"), a secured creditor in the above-captioned case, by and through counsel, and moves this Court to enter an order granting its request for relief from the automatic stay imposed by 11 U.S.C. § 362 and waiver of 30-day requirement of 11 U.S.C. § 362(e) and respectfully shows the Court as follows:

1. On May 1, 2019, Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Movant holds a Promissory Note secured by the Security Deed which describes real property owned by Debtor and known as: 1666 Woodlawn Road, Chatsworth, Georgia 30705 ("Property").  A copy of the Note, Security Deed and Assignment of Mortgage, are attached hereto as Composite Exhibit "A" respectively.

3. Debtor, Sheenequa M. Evans, executed a Promissory Note secured by a Mortgage or Security Deed. The Promissory Note is either made payable to Movant or has been duly indorsed. Movant, directly or through an agent, has possession of the Promissory Note. Movant is the original mortgagee or the beneficiary or the assignee of the Security Deed.

4. Upon information and belief, the approximate payoff, exclusive of legal fees and expenses incurred in the connection with the instant motion, due and owing to the Movant as of August 12, 2020 is $83,683.99.

5. Based on the Debtor's schedules, the value of the Property is approximately $42,460.00.

6. Debtor is in breach of the terms of the Chapter 13 Plan, Note, and Security Deed by failing to make the necessary post-petition payments and is now due for the May 1, 2020 post-petition payment.

Post-petition arrearages are as follows:

| | |
|---|---|
| 1 Payment at $463.03 for 5/1/2020 | $463.03 |
| 3 Payments at $468.14 for 6/1/2020 through 8/1/2020 | $1,404.42 |
| Suspense Balance | ($307.39) |
| Total Post Petition Arrearage | $1,560.06 |

7. Cause exists for relief from the automatic stay. Direct post-petition mortgage payments are not being made to the Movant as required by the Chapter 13 Plan. As such, Movant's interests are not adequately protected.

8. Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

**WHEREFORE**, Movant prays the Court as follows:

1. Modify the Automatic Stay of 11 U.S.C. § 362(a) to permit Movant to enforce its security interest in the Property including but not limited to any non-bankruptcy remedies to foreclose and obtain possession;

2. An award of attorney fees and cost incurred in conjunction with the filing of the instant motion;

3. Modify Rule 4001(a)(3) of the Bankruptcy Code so that it is not applicable in this case and so Movant may immediately enforce and implement this order granting relief from the automatic stay;

4. As an alternative to the relief prayed for above, grant adequate protection to Movant for its interest in the Collateral;

5. Movant specifically requests permission to communicate with the Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and

6. Grant Movant such other and further relief as the Court deems just and proper.

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this 25th day of August, 2020.

## SERVICE LIST

Sheenequa Mack
1666 Woodlawn Rd
Chatsworth, GA 30705-5917

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

Brandi L. Kirkland
Mary Ida Townson, Ch. 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046