| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Sheenequa Mack |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Georgia (State) |
| Case number | 19-41032 |

Form 4100R

## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information | Statement / Response Date: 06/20/2023 |
|---|---|---|

**Name of creditor:** Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2003-R1 c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 3345

**Property address:** 1666 Woodlawn Rd
Number    Street

Chatsworth, GA 30705
City    State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Sheenequa　　　　Mack | Case number (if known) | 19-41032 |
|---|---|---|---|
| | First Name　Middle Name　Last Name | | |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $6,306.64 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $6,306.64 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06/01/2022    MM / DD / YYYY

### Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri                                                    Date    06/21/2023
  Signature

| Print | Mukta Suri | | Title | Authorized Agent for Specialized Loan Servicing LLC |
|---|---|---|---|---|
| | First Name　Middle Name　Last Name | | | |
| Company | Bonial & Associates, P.C. | | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | P.O. Box 9013 | | |
|---|---|---|---|
| | Number　Street | | |
| | Addison, Texas　75001 | | |
| | City　State　ZIP Code | | |
| Contact phone | (972) 643-6600 | Email | POCInquiries@BonialPC.com |

CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 21, 2023 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Sheenequa Mack
1666 Woodlawn Rd
Chatsworth, GA 30705-5917

**Debtors' Attorney**
Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA  30720

**Chapter 13 Trustee**
K. Edward Safir
Suite 1600
285 Peachtree Center Ave., NE
Atlanta, GA 30303

Respectfully Submitted,

/s/  Mukta Suri

FINAL CURE NOTICE - CERTIFICATE OF SERVICE                                            4128-N-6134

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/19 | 04/01/18 | | | | | | | | | | $79,006.65 | $32.82 | $0.00 | $500.72 | $0.00 | $1,541.01 | $8,098.92 | BEGINNING BAL |
| 05/07/19 | 04/01/18 | | | $171.67 | $213.98 | $115.07 | | | | -$500.72 | $78,834.98 | $147.89 | $0.00 | $0.00 | $0.00 | $1,541.01 | $8,098.92 | Pre Petition Payment |
| 05/24/19 | | | | | | -$299.36 | | | | | $78,834.98 | -$151.47 | $0.00 | $0.00 | $0.00 | $1,541.01 | $8,098.92 | Lender placed insurance |
| 06/03/19 | | | | | | | | | | -$397.50 | $78,834.98 | -$151.47 | $0.00 | $0.00 | $0.00 | $1,938.51 | $8,098.92 | Fee Assessed |
| 06/03/19 | | | | | | | | | | -$9.90 | $78,834.98 | -$151.47 | $0.00 | $0.00 | $0.00 | $1,948.41 | $8,098.92 | Fee Assessed |
| 06/07/19 | | | | | | -$598.64 | | | | | $78,834.98 | -$750.11 | $0.00 | $0.00 | $0.00 | $1,948.41 | $8,098.92 | Lender placed insurance |
| 06/20/19 | | | | | | | | | -$300.00 | | $78,834.98 | -$750.11 | $0.00 | $0.00 | $0.00 | $2,248.41 | $8,098.92 | Fee Assessed |
| 07/23/19 | | | | | | | | | -$350.00 | | $78,834.98 | -$750.11 | $0.00 | $0.00 | $0.00 | $2,598.41 | $8,098.92 | Fee Assessed |
| 07/23/19 | | | | | | | | | -$250.00 | | $78,834.98 | -$750.11 | $0.00 | $0.00 | $0.00 | $2,848.41 | $8,098.92 | Fee Assessed |
| 09/17/19 | (4/1/19) | | | -$171.67 | -$213.98 | -$115.07 | | | $500.72 | | $79,006.65 | -$865.18 | $0.00 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | misapplication of funds reversal |
| 10/02/19 | 04/01/18 | $4,900.00 | | $171.67 | $213.98 | $115.07 | | $4,399.28 | | | $78,834.98 | -$750.11 | $4,399.28 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 05/01/18 | | | $172.14 | $213.51 | $115.07 | | -$500.72 | | | $78,662.84 | -$635.04 | $3,898.56 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 06/01/18 | | | $172.60 | $213.05 | $115.07 | | -$500.72 | | | $78,490.24 | -$519.97 | $3,397.84 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 07/01/18 | | | $173.07 | $212.58 | $115.07 | | -$500.72 | | | $78,317.17 | -$404.90 | $2,897.12 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 08/01/18 | | | $173.54 | $212.11 | $115.07 | | -$500.72 | | | $78,143.63 | -$289.83 | $2,396.40 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 09/01/18 | | | $174.01 | $211.64 | $115.07 | | -$500.72 | | | $77,969.62 | -$174.76 | $1,895.68 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 10/01/18 | | | $174.48 | $211.17 | $115.07 | | -$500.72 | | | $77,795.14 | -$59.69 | $1,394.96 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 11/01/18 | | | $174.95 | $210.70 | $115.07 | | -$500.72 | | | $77,620.19 | $55.38 | $894.24 | $500.72 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 10/02/19 | 12/01/18 | | | $175.43 | $210.22 | $115.07 | | | -$500.72 | | $77,444.76 | $170.45 | $894.24 | $0.00 | $0.00 | $2,848.41 | $8,098.92 | Pre Petition Payment |
| 10/02/19 | 01/01/19 | | | $175.90 | $209.75 | $7.87 | | -$393.52 | | | $77,268.86 | $178.32 | $500.72 | $0.00 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 11/08/19 | | | | | | -$31.48 | | | | | $77,268.86 | $146.84 | $500.72 | $0.00 | $0.00 | $2,848.41 | $8,098.92 | county tax |
| 03/04/20 | | | | | | -$78.17 | | | | | $77,268.86 | $68.67 | $500.72 | $0.00 | $0.00 | $2,848.41 | $8,098.92 | MIP-PMI Paid |
| 03/19/20 | | | | | | -$859.83 | | | | | $77,268.86 | -$791.16 | $500.72 | $0.00 | $0.00 | $2,848.41 | $8,098.92 | Homeowners/Fire/Hazard Paid |
| 07/26/20 | 02/01/19 | | | $176.38 | $209.27 | $43.29 | | -$428.94 | | | $77,092.48 | -$747.87 | $71.78 | $0.00 | $0.00 | $2,848.41 | $8,098.92 | Post Petition Payment |
| 09/11/20 | 03/01/19 | | $1,110.86 | $176.86 | $208.79 | $43.29 | | | $681.92 | | $76,915.62 | -$704.58 | $71.78 | $681.92 | $0.00 | $2,848.41 | $6,988.06 | Pre Petition Payment |
| 09/11/20 | 04/01/19 | | | $177.34 | $208.31 | $43.29 | | | -$428.94 | | $76,738.28 | -$661.29 | $71.78 | $252.98 | $0.00 | $2,848.41 | $6,988.06 | Pre Petition Payment |
| 11/17/20 | | | | | | -$29.93 | | | | | $76,738.28 | -$691.22 | $71.78 | $252.98 | $0.00 | $2,848.41 | $6,988.06 | county tax |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/20 | 05/01/19 | | $506.09 | $177.82 | $207.83 | $43.34 | | | $77.10 | | $76,560.46 | -$647.88 | $71.78 | $330.08 | $0.00 | $2,848.41 | $6,481.97 | Pre Petition Payment |
| 02/10/21 | 06/01/19 | | $887.86 | $178.30 | $207.35 | $77.38 | | | $424.83 | | $76,382.16 | -$570.50 | $71.78 | $754.91 | $0.00 | $2,848.41 | $5,594.11 | Pre Petition Payment |
| 02/10/21 | 07/01/19 | | | $178.78 | $206.87 | $77.38 | | | -$463.03 | | $76,203.38 | -$493.12 | $71.78 | $291.88 | $0.00 | $2,848.41 | $5,594.11 | Pre Petition Payment |
| 03/03/21 | | | | | | -$79.92 | | | | | $76,203.38 | -$573.04 | $71.78 | $291.88 | $0.00 | $2,848.41 | $5,594.11 | Homeowners/Fire/Hazard Paid |
| 03/08/21 | 08/01/19 | | $293.94 | $179.27 | $206.38 | $77.38 | | | -$169.09 | | $76,024.11 | -$495.66 | $71.78 | $122.79 | $0.00 | $2,848.41 | $5,300.17 | Pre Petition Payment |
| 03/24/21 | | | | | | -$879.08 | | | | | $76,024.11 | -$1,374.74 | $71.78 | $122.79 | $0.00 | $2,848.41 | $5,300.17 | Homeowners/Fire/Hazard Paid |
| 04/06/21 | | | $146.97 | | | | | | $146.97 | | $76,024.11 | -$1,374.74 | $71.78 | $269.76 | $0.00 | $2,848.41 | $5,153.20 | Trustee Payment to Suspense |
| 06/01/21 | | $463.03 | | | | | | $463.03 | | | $76,024.11 | -$1,374.74 | $534.81 | $269.76 | $0.00 | $2,848.41 | $5,153.20 | Debtor Payment to Suspense |
| 06/02/21 | 09/01/19 | | | $179.75 | $205.90 | $77.38 | | -$463.03 | | | $75,844.36 | -$1,297.36 | $71.78 | $269.76 | $0.00 | $2,848.41 | $5,153.20 | Post Petition Payment |
| 06/04/21 | 10/01/19 | | $146.76 | $180.24 | $205.41 | $30.87 | | | -$269.76 | | $75,664.12 | -$1,266.49 | $71.78 | $0.00 | $0.00 | $2,848.41 | $5,006.44 | Pre Petition Payment |
| 07/01/21 | | $468.14 | | | | | | $468.14 | | | $75,664.12 | -$1,266.49 | $539.92 | $0.00 | $0.00 | $2,848.41 | $5,006.44 | Debtor Payment to Suspense |
| 07/02/21 | 11/01/19 | | | $180.73 | $204.92 | $77.38 | | -$463.03 | | | $75,483.39 | -$1,189.11 | $76.89 | $0.00 | $0.00 | $2,848.41 | $5,006.44 | Post Petition Payment |
| 07/07/21 | | | $146.91 | | | | | | $146.91 | | $75,483.39 | -$1,189.11 | $76.89 | $146.91 | $0.00 | $2,848.41 | $4,859.53 | Trustee Payment to Suspense |
| 08/04/21 | | $469.56 | | | | | | $469.56 | | | $75,483.39 | -$1,189.11 | $546.45 | $146.91 | $0.00 | $2,848.41 | $4,859.53 | Debtor Payment to Suspense |
| 08/05/21 | 12/01/19 | | | $181.22 | $204.43 | $77.38 | | -$463.03 | | | $75,302.17 | -$1,111.73 | $83.42 | $146.91 | $0.00 | $2,848.41 | $4,859.53 | Post Petition Payment |
| 08/06/21 | | | $148.16 | | | | | | $148.16 | | $75,302.17 | -$1,111.73 | $83.42 | $295.07 | $0.00 | $2,848.41 | $4,711.37 | Trustee Payment to Suspense |
| 09/01/21 | | $468.14 | | | | | | $468.14 | | | $75,302.17 | -$1,111.73 | $551.56 | $295.07 | $0.00 | $2,848.41 | $4,711.37 | Debtor Payment to Suspense |
| 09/02/21 | 01/01/20 | | | $181.71 | $203.94 | $77.38 | | -$463.03 | | | $75,120.46 | -$1,034.35 | $88.53 | $295.07 | $0.00 | $2,848.41 | $4,711.37 | Post Petition Payment |
| 09/08/21 | 02/01/20 | | $148.14 | $182.20 | $203.45 | $57.56 | | | -$295.07 | | $74,938.26 | -$976.79 | $88.53 | $0.00 | $0.00 | $2,848.41 | $4,563.23 | Pre Petition Payment |
| 10/07/21 | | | $148.15 | | | | | | $148.15 | | $74,938.26 | -$976.79 | $88.53 | $148.15 | $0.00 | $2,848.41 | $4,415.08 | Trustee Payment to Suspense |
| 10/14/21 | | $469.56 | | | | | | $469.56 | | | $74,938.26 | -$976.79 | $558.09 | $148.15 | $0.00 | $2,848.41 | $4,415.08 | Debtor Payment to Suspense |
| 10/15/21 | 03/01/20 | | | $182.69 | $202.96 | $77.38 | | -$463.03 | | | $74,755.57 | -$899.41 | $95.06 | $148.15 | $0.00 | $2,848.41 | $4,415.08 | Post Petition Payment |
| 11/05/21 | | | $148.94 | | | | | | $148.94 | | $74,755.57 | -$899.41 | $95.06 | $297.09 | $0.00 | $2,848.41 | $4,266.14 | Trustee Payment to Suspense |
| 11/08/21 | | $468.14 | | | | | | $468.14 | | | $74,755.57 | -$899.41 | $563.20 | $297.09 | $0.00 | $2,848.41 | $4,266.14 | Debtor Payment to Suspense |
| 11/09/21 | 04/01/20 | | | $183.19 | $202.46 | $77.38 | | -$463.03 | | | $74,572.38 | -$822.03 | $100.17 | $297.09 | $0.00 | $2,848.41 | $4,266.14 | Post Petition Payment |
| 11/15/21 | | | | | | -$30.48 | | | | | $74,572.38 | -$852.51 | $100.17 | $297.09 | $0.00 | $2,848.41 | $4,266.14 | county tax |
| 12/07/21 | 05/01/20 | | $148.96 | $183.68 | $201.97 | $60.40 | | | -$297.09 | | $74,388.70 | -$792.11 | $100.17 | $0.00 | $0.00 | $2,848.41 | $4,117.18 | Pre Petition Payment |
| 12/27/21 | | $468.14 | | | | | | $468.14 | | | $74,388.70 | -$792.11 | $568.31 | $0.00 | $0.00 | $2,848.41 | $4,117.18 | Debtor Payment to Suspense |
| 12/28/21 | 06/01/20 | | | $184.18 | $201.47 | $82.49 | | -$468.14 | | | $74,204.52 | -$709.62 | $100.17 | $0.00 | $0.00 | $2,848.41 | $4,117.18 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/22 | | | $148.98 | | | | | | $148.98 | | $74,204.52 | -$709.62 | $100.17 | $148.98 | $0.00 | $2,848.41 | $3,968.20 | Trustee Payment to Suspense |
| 01/20/22 | | $468.14 | | | | | | $468.14 | | | $74,204.52 | -$709.62 | $568.31 | $148.98 | $0.00 | $2,848.41 | $3,968.20 | Debtor Payment to Suspense |
| 01/21/22 | 07/01/20 | | | $184.68 | $200.97 | $82.49 | | -$468.14 | | | $74,019.84 | -$627.13 | $100.17 | $148.98 | $0.00 | $2,848.41 | $3,968.20 | Post Petition Payment |
| 02/09/22 | | | $149.00 | | | | | | $149.00 | | $74,019.84 | -$627.13 | $100.17 | $297.98 | $0.00 | $2,848.41 | $3,819.20 | Trustee Payment to Suspense |
| 02/14/22 | | $468.14 | | | | | | $468.14 | | | $74,019.84 | -$627.13 | $568.31 | $297.98 | $0.00 | $2,848.41 | $3,819.20 | Debtor Payment to Suspense |
| 02/15/22 | 08/01/20 | | | $185.18 | $200.47 | $82.49 | | -$468.14 | | | $73,834.66 | -$544.64 | $100.17 | $297.98 | $0.00 | $2,848.41 | $3,819.20 | Post Petition Payment |
| 03/08/22 | | | | | | -$84.42 | | | | | $73,834.66 | -$629.06 | $100.17 | $297.98 | $0.00 | $2,848.41 | $3,819.20 | Homeowners/Fire/Hazard Paid |
| 03/15/22 | | $468.14 | | | | | | $468.14 | | | $73,834.66 | -$629.06 | $568.31 | $297.98 | $0.00 | $2,848.41 | $3,819.20 | Debtor Payment to Suspense |
| 03/16/22 | 09/01/20 | | | $185.68 | $199.97 | $82.49 | | -$468.14 | | | $73,648.98 | -$546.57 | $100.17 | $297.98 | $0.00 | $2,848.41 | $3,819.20 | Post Petition Payment |
| 03/22/22 | | | | | | -$928.58 | | | | | $73,648.98 | -$1,475.15 | $100.17 | $297.98 | $0.00 | $2,848.41 | $3,819.20 | Homeowners/Fire/Hazard Paid |
| 04/15/22 | 10/01/20 | | $297.71 | $186.18 | $199.47 | $82.49 | | | -$170.43 | | $73,462.80 | -$1,392.66 | $100.17 | $127.55 | $0.00 | $2,848.41 | $3,521.49 | Pre Petition Payment |
| 05/18/22 | | $936.28 | | | | | | $936.28 | | | $73,462.80 | -$1,392.66 | $1,036.45 | $127.55 | $0.00 | $2,848.41 | $3,521.49 | Debtor Payment to Suspense |
| 05/19/22 | 11/01/20 | | | $186.69 | $198.96 | $82.49 | | -$468.14 | | | $73,276.11 | -$1,310.17 | $568.31 | $127.55 | $0.00 | $2,848.41 | $3,521.49 | Post Petition Payment |
| 05/19/22 | 12/01/20 | | | $187.19 | $198.46 | $82.49 | | -$468.14 | | | $73,088.92 | -$1,227.68 | $100.17 | $127.55 | $0.00 | $2,848.41 | $3,521.49 | Post Petition Payment |
| 06/07/22 | 01/01/21 | | $297.69 | $187.70 | $197.95 | $39.59 | | | -$127.55 | | $72,901.22 | -$1,188.09 | $100.17 | $0.00 | $0.00 | $2,848.41 | $3,223.80 | Pre Petition Payment |
| 06/08/22 | | $468.14 | | | | | | $468.14 | | | $72,901.22 | -$1,188.09 | $568.31 | $0.00 | $0.00 | $2,848.41 | $3,223.80 | Debtor Payment to Suspense |
| 06/09/22 | 02/01/21 | | | $188.21 | $197.44 | $82.49 | | -$468.14 | | | $72,713.01 | -$1,105.60 | $100.17 | $0.00 | $0.00 | $2,848.41 | $3,223.80 | Post Petition Payment |
| 09/19/22 | | $939.12 | | | | | | $939.12 | | | $72,713.01 | -$1,105.60 | $1,039.29 | $0.00 | $0.00 | $2,848.41 | $3,223.80 | Debtor Payment to Suspense |
| 09/20/22 | 03/01/21 | | | $188.72 | $196.93 | $82.49 | | -$468.14 | | | $72,524.29 | -$1,023.11 | $571.15 | $0.00 | $0.00 | $2,848.41 | $3,223.80 | Post Petition Payment |
| 09/20/22 | 04/01/21 | | | $189.23 | $196.42 | $82.49 | | -$468.14 | | | $72,335.06 | -$940.62 | $103.01 | $0.00 | $0.00 | $2,848.41 | $3,223.80 | Post Petition Payment |
| 10/10/22 | | | $148.46 | | | | | | $148.46 | | $72,335.06 | -$940.62 | $103.01 | $148.46 | $0.00 | $2,848.41 | $3,075.34 | Trustee Payment to Suspense |
| 11/07/22 | 05/01/21 | | $516.87 | $189.74 | $195.91 | $82.49 | | | $48.73 | | $72,145.32 | -$858.13 | $103.01 | $197.19 | $0.00 | $2,848.41 | $2,558.47 | Pre Petition Payment |
| 11/10/22 | | $939.12 | | | | | | $939.12 | | | $72,145.32 | -$858.13 | $1,042.13 | $197.19 | $0.00 | $2,848.41 | $2,558.47 | Debtor Payment to Suspense |
| 11/11/22 | | | | | | -$38.10 | | | | | $72,145.32 | -$896.23 | $1,042.13 | $197.19 | $0.00 | $2,848.41 | $2,558.47 | county tax |
| 11/11/22 | 06/01/21 | | | $190.26 | $195.39 | $83.91 | | -$469.56 | | | $71,955.06 | -$812.32 | $572.57 | $197.19 | $0.00 | $2,848.41 | $2,558.47 | Post Petition Payment |
| 11/11/22 | 07/01/21 | | | $190.77 | $194.88 | $83.91 | | -$469.56 | | | $71,764.29 | -$728.41 | $103.01 | $197.19 | $0.00 | $2,848.41 | $2,558.47 | Post Petition Payment |
| 12/07/22 | 08/01/21 | | $247.68 | $191.29 | $194.36 | $59.22 | | | -$197.19 | | $71,573.00 | -$669.19 | $103.01 | $0.00 | $0.00 | $2,848.41 | $2,310.79 | Pre Petition Payment |

BVW #

3 of 4

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/23 | | $939.12 | | | | | | $939.12 | | | $71,573.00 | -$669.19 | $1,042.13 | $0.00 | $0.00 | $2,848.41 | $2,310.79 | Debtor Payment to Suspense |
| 01/04/23 | 09/01/21 | | | $191.81 | $193.84 | $83.91 | | -$469.56 | | | $71,381.19 | -$585.28 | $572.57 | $0.00 | $0.00 | $2,848.41 | $2,310.79 | Post Petition Payment |
| 01/04/23 | 10/01/21 | | | $192.33 | $193.32 | $83.91 | | -$469.56 | | | $71,188.86 | -$501.37 | $103.01 | $0.00 | $0.00 | $2,848.41 | $2,310.79 | Post Petition Payment |
| 01/10/23 | | | $480.32 | | | | | | $362.38 | $117.94 | $71,188.86 | -$501.37 | $103.01 | $362.38 | $0.00 | $2,730.47 | $1,830.47 | fee paid/waived |
| 02/06/23 | | | $498.20 | | | | | | | $498.20 | $71,188.86 | -$501.37 | $103.01 | $362.38 | $0.00 | $2,232.27 | $1,332.27 | fee paid/waived |
| 02/15/23 | | $500.00 | | | | | | $500.00 | | | $71,188.86 | -$501.37 | $603.01 | $362.38 | $0.00 | $2,232.27 | $1,332.27 | Debtor Payment to Suspense |
| 02/16/23 | 11/01/21 | | | $192.85 | $192.80 | $83.91 | | -$469.56 | | | $70,996.01 | -$417.46 | $133.45 | $362.38 | $0.00 | $2,232.27 | $1,332.27 | Post Petition Payment |
| 03/06/23 | | | | | | -$90.50 | | | | | $70,996.01 | -$507.96 | $133.45 | $362.38 | $0.00 | $2,232.27 | $1,332.27 | Homeowners/Fire/Hazard Paid |
| 03/08/23 | | | $498.20 | | | | | | | $498.20 | $70,996.01 | -$507.96 | $133.45 | $362.38 | $0.00 | $1,734.07 | $834.07 | fee paid/waived |
| 03/09/23 | | $469.56 | | | | | | $469.56 | | | $70,996.01 | -$507.96 | $603.01 | $362.38 | $0.00 | $1,734.07 | $834.07 | Debtor Payment to Suspense |
| 03/10/23 | 12/01/21 | | | $193.37 | $192.28 | $83.91 | | -$469.56 | | | $70,802.64 | -$424.05 | $133.45 | $362.38 | $0.00 | $1,734.07 | $834.07 | Post Petition Payment |
| 03/31/23 | | | | | | -$90.50 | | | | | $70,802.64 | -$514.55 | $133.45 | $362.38 | $0.00 | $1,734.07 | $834.07 | Homeowners/Fire/Hazard Paid |
| 03/31/23 | | $500.00 | | | | | | $500.00 | | | $70,802.64 | -$514.55 | $633.45 | $362.38 | $0.00 | $1,734.07 | $834.07 | Debtor Payment to Suspense |
| 04/03/23 | 01/01/22 | | | $193.89 | $191.76 | $83.91 | | -$469.56 | | | $70,608.75 | -$430.64 | $163.89 | $362.38 | $0.00 | $1,734.07 | $834.07 | Post Petition Payment |
| 04/10/23 | | | $498.20 | | | | | | $498.20 | | $70,608.75 | -$430.64 | $163.89 | $860.58 | $0.00 | $1,734.07 | $335.87 | Trustee Payment to Suspense |
| 05/10/23 | | | | | | -$905.00 | | | | | $70,608.75 | -$1,335.64 | $163.89 | $860.58 | $0.00 | $1,734.07 | $335.87 | Homeowners/Fire/Hazard Paid |
| 05/10/23 | | | $335.87 | | | | | | | $335.87 | $70,608.75 | -$1,335.64 | $163.89 | $1,196.45 | $0.00 | $1,734.07 | $0.00 | Trustee Payment to Suspense |
| 05/10/23 | 02/01/22 | | | $194.42 | $191.23 | $83.91 | | -$469.56 | | | $70,414.33 | -$1,251.73 | -$305.67 | $1,196.45 | $0.00 | $1,734.07 | $0.00 | Post Petition Payment |
| 05/10/23 | 03/01/22 | | | $194.94 | $190.71 | $83.91 | | -$469.56 | | | $70,219.39 | -$1,167.82 | -$775.23 | $1,196.45 | $0.00 | $1,734.07 | $0.00 | Post Petition Payment |
| 05/10/23 | 04/01/22 | | | $195.47 | $190.18 | $35.57 | | -$421.22 | | | $70,023.92 | -$1,132.25 | -$1,196.45 | $1,196.45 | $0.00 | $1,734.07 | $0.00 | Post Petition Payment |
| 05/17/23 | | $469.56 | | | | | | $469.56 | | | $70,023.92 | -$1,132.25 | -$726.89 | $1,196.45 | $0.00 | $1,734.07 | $0.00 | Debtor Payment to Suspense |
| 05/18/23 | 05/01/22 | | | $196.00 | $189.65 | $83.91 | | -$469.56 | | | $69,827.92 | -$1,048.34 | -$1,196.45 | $1,196.45 | $0.00 | $1,734.07 | $0.00 | Post Petition Payment |
| 06/15/23 | | $834.07 | | | | | | $834.07 | -$834.07 | | $69,827.92 | -$1,048.34 | -$362.38 | $362.38 | $0.00 | $1,734.07 | $0.00 | reclass poc items waived |
| 06/15/23 | | | | | | | | | | $1,734.07 | $69,827.92 | -$1,048.34 | -$362.38 | $362.38 | $0.00 | $0.00 | $0.00 | fees to waive |
| 06/15/23 | | $234.66 | | | | | | | | | $69,827.92 | -$1,048.34 | -$362.38 | $362.38 | $0.00 | $0.00 | $0.00 | underapplied escrow not correcting |